UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

NO. 15-00200                                                                SECT. _____

ANTHONY C. PITRE

VERSUS

WARDEN SETH SMITH,
LT. KELLER &
CADET CHRISTOPHE

## MOTION FOR LEAVE TO FILE SURREPLY OPPOSITION TO MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO EXHAUST TO ADMINISTRATIVE REMEDIES

COMES NOW the plaintiff, Anthony C. Pitre, by and through his undersigned counsel and respectfully shows and moves this honorable court as follows:

1.

Plaintiff desires to file a Surreply Opposition to respond to legal arguments which were asserted in the defendant's Reply Memorandum [Doc. 16] which were not originally asserted in defendant's Motion for Summary Judgment [Doc. 11].

2.

A copy of plaintiff's Surreply Opposition is attached hereto as Exhibit A.

WHEREFORE, the plaintiff prays for leave to file his Surreply Opposition.

Respectfully submitted,

*Robert L. Marrero*
_____
**Robert L. Marrero**, LSBA **#8947**
**Robert L. Marrero LLC**
401 Whitney Avenue
Suite 126
Gretna, LA 70056
Telephone: (504) 366-8025
Fax: (504) 366-8026

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid on this __29__ day of __Sept.__, 2015.

_____
Robert L. Marrero